

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

October 19, 2021

Ari N. Rothman
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

Re: State Bar Number 296568 – Ari N. Rothman
Certificate of Standing

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1   Standard

Delivery Method: UPS Domestic
PH: 202-344-4220

The State Bar
of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION &
CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

October 19, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ARI N. ROTHMAN, #296568 was admitted to the practice of law in this state by the Supreme Court of California on June 2, 2014 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records