UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON POWERS, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:21-CV-2091-X |
| ONE TECHNOLOGIES, LLC, | § § § | |
| *Defendant.* | § § | |

## **MEDIATION ORDER**

The Court has considered the parties' joint status reports and sets the following guidelines for this case's mediation.

The parties shall mediate their case before Jeff Kaplan. Mediation shall occur by September 16, 2022. Of course, the parties are encouraged to mediate any time before this deadline—or to even mediate again after this deadline—if they anticipate it will be beneficial. Counsels shall confer and file a joint report setting forth the status of settlement negotiations by September 23, 2022.

Mediation does not always resolve a dispute. But the goal is to attempt to resolve this matter expeditiously so that the parties are benefited and their fellow taxpayers are honored. And so, this Court expects counsels and the parties to take all necessary steps to ensure that their mediation is stewarded well.

**IT IS SO ORDERED** this 25th day of April, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE