UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHANNON POWERS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ONE TECHNOLOGIES, LLC,<br><br>*Defendant.* | CIVIL ACTION NO. 3:21-CV-02091-X |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Shannon Powers, Lacy Woods, Nicole Groskopf, Justin Evans, DeMya Johnson, and Julius Bryant hereby give notice that this action is voluntarily dismissed without prejudice. Defendant, One Technologies, LLC has not served an answer or motion for summary judgment in this action.

Dated: August 3, 2022

*s/ Chris R. Miltenberger*
Chris R. Miltenberger, Esquire
Texas Bar Number 14171200
**The Law Office of Chris R. Miltenberger, PLLC**
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)

*s/ Max S. Morgan*
Max S. Morgan, Esquire
Eric H. Weitz, Esquire
**THE WEITZ FIRM, LLC**
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

            (*Pro Hac Vice*)
            *s/ Jeremy M. Glapion*
            Jeremy M. Glapion, Esquire
            **THE GLAPION LAW FIRM, LLC**
            1704 Maxwell Drive
            Wall, New Jersey 07719
            Tel: 732.455.9737
            Fax: 732.965.8006
            jmg@glapionlaw.com
            (admitted *Pro Hac Vice*)

            *s/ Ari Marcus*
            Ari Marcus, Esq.
            **MARCUS & ZELMAN, LLC**
            701 Cookman Avenue, Suite
            Asbury Park, NJ 07712
            Tel: (732) 695-3282
            ari@marcuszelman.com
            (*Pro Hac Vice* to be filed)

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By: /s/ Chris R. Miltenberger
Chris R. Miltenberger