UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON POWERS, et al. | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 3:21-CV-2091-X |
| ONE TECHNOLOGIES, LLC, | § § § | |
| *Defendant.* | § § | |

## DISMISSAL ORDER

Pursuant to the plaintiffs' filing at Doc. No. 46 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES WITHOUT PREJUDICE** all claims against all parties in this matter. Each party shall bear its own costs. The motion for entry of a protective order at Doc. No. 42 is **DISMISSED AS MOOT**.

**IT IS SO ORDERED** this 23rd day of August, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE